*Mr. Joseph Lorenz* for petitioner. *Messrs. Lowell M. Birrell* and *Theodore E. Larson* for respondent.

No. 1124. NATIONAL HOMEOPATHIC HOSPITAL ASSOCIATION ET AL. *v.* BRITTON, DEPUTY COMMISSIONER. May 7, 1945. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Mr. James E. McCabe* for petitioners. *Assistant Solicitor General Cox, Assistant Attorney General Shea, Messrs. Paul A. Sweeney* and *Max Goldman* for respondent.

No. 1090. DIUGUID *v.* UNITED STATES. May 7, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Harold Shapero* for petitioner. *Assistant Solicitor General Cox, Assistant Attorney General Tom C. Clark* and *Mr. Robert S. Erdahl* for the United States.

No. 1100. ENGLER *v.* GENERAL ELECTRIC Co. May 7, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Carl E. Ring* for petitioner. *Mr. Alexander C. Neave* for respondent.

No. 1101. MILLER *v.* MISSISSIPPI & SKUNA VALLEY RAILROAD; and
No. 1102. OAKLEY *v.* MISSISSIPPI & SKUNA VALLEY RAILROAD. May 7, 1945. Petition for writs of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Walter P. Armstrong* for petitioners. *Mr. J. W. Canada* for respondent. Reported below: 146 F. 2d 550.